JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| BARRY JAMESON, | ) | No. CV 13-04037-CAS (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| KEVIN R. CHAPPELL, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that Grounds One, Two, Three, Four and Six of the Petition are dismissed with prejudice and Ground Five is dismissed without prejudice.

DATED: October 29, 2014

_/s/ Christina A. Snyder_
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE